OPINION — AG WHEN A JUSTICE OF THE PEACE RESIGNS TO ACCEPT ANOTHER POSITION IN GOVERNMENT SUCH AS THE MAYOR OF THE CITY IN WHICH HE RESIDES, THE ACCEPTANCE OF THE SECOND OFFICE OPERATES IPSO FACTO TO VACATE THE FIRST OFFICE THERETOFORE HELD AND SUCH JUSTICE OF THE PEACE CANNOT COMPLETE CASES WHICH HE FILED IN AN OFFICE WHICH HE NO LONGER HOLDS. CITE: 51 O.S. 1961 6 [51-6] (W. J. MONROE)